UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

PRESTON RUSSELL                              CIVIL ACTION

VERSUS                                       NO: 05-6047

BURL CAIN, WARDEN                            SECTION: R(4)


                              **ORDER**

    Before the Court is plaintiff Preston Russel's petition for post-conviction relief under 22 U.S.C. § 2254. The Court referred this matter to the Magistrate Judge for the preparation of a Report and Recommendation under 28 U.S.C. 636(b)(1)(B), (C). Although Russel has raised a formal objection the Magistrate Judge's Report and Recommendation, he does not make any new arguments or raise any specific objections, other than to generally reassert the validity of his claims. The Court, having reviewed *de novo* the complaint, the applicable law, the Magistrate Judge's Report and Recommendation, and Russel's objections, hereby approves the Magistrate Judge's Report and

Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that Russel's petition for habeas corpus is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this <u>7th</u> day of January, 2008.

                    _____
                              SARAH S. VANCE
                       UNITED STATES DISTRICT JUDGE